**Order entered January 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01224-CV

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**CATHERINE STOUFFER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GARY LEE STOUFFER, JR. AND AS NEXT FRIEND OF SHANNON STOUFFER AND SHANE STOUFFER, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-15204**

## ORDER

Appellees' Unopposed Motion for Extension of Time to File Motion for rehearing is

**GRANTED,** and the deadline for filing said motion is extended to January 10, 2014.


/s/      KERRY P. FITZGERALD
JUSTICE